JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| FERRARI MOODY, | ) No. CV 06-06557-GHK (VBK) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| LARRY E. SCRIBNER, et al., | ) |
| Respondents. | ) |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the First Amended Petition for Writ of Habeas Corpus ("First Amended Petition") with prejudice,

**IT IS ADJUDGED** that the First Amended Petition and entire action is dismissed with prejudice.

DATED: 3/23/10

GEORGE H. KING
UNITED STATES DISTRICT JUDGE